IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DANNY D. JOHNSON,

               Plaintiff,

     vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

               Defendant.

**4:26CV3000**


**ORDER**

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **May 26, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

4) Plaintiff's counsel is directed to send a copy of this Order to Defendant's counsel or representative.

Dated this 24th day of March, 2026.

BY THE COURT:

_s/ Jacqueline M. DeLuca_

United States Magistrate Judge